UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

RPS PANAMA HOTEL, INC.,
a Panamanian corporation,

      Petitioner,

vs.

ANCON HOTELS, S.A., a Panamanian
Corporation; KEYTEL, S.A., f/k/a KEYTEL
GLOBAL, S.A. f/k/a HOTUSA HOTELS, S.A.,
a Spanish corporation; EUROSTARS HOTEL
COMPANY, SL, a Spanish corporation;

      Respondents.
_____/

## PETITION IN THE FORM OF A MOTION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF FINAL JUDGMENT CONFIRMING ARBITRATION AWARD

Petitioner, RPS PANAMA HOTEL, INC., ("RPS"), files this Petition in the form of a Motion to Confirm Arbitration Award and for Entry of Final Judgment Confirming Arbitration Award, against the Respondents ANCON HOTELS, S.A., ("Ancon"), KEYTEL, S.A. f/k/a KEYTEL GLOBAL, S.A. f/k/a HOTUSA HOTELS, S.A., ("Keytel") and EUROSTARS HOTEL COMPANY, SL ("Eurostars") (collectively "Respondents") and states as follows:

    1.    This is a summary action brought pursuant to the Federal Arbitration Code, 9 U.S. Code § 9; 9 U.S. Code § 202; 9 U.S. Code § 207 and 9 U.S. Code § 301 for confirmation of an arbitration award entered by an Arbitrator.

    2.    RPS PANAMA HOTEL, INC. (hereinafter, "RPS" or the "Petitioner"), is a Panamanian corporation incorporated in accordance with the laws of the Republic of Panama and registered in Commercial Folio number 380431 of the Commercial Section of the Public Registry.

Its address and contact details are: Executive Motors, Calle 50 con vía Brasil, Panama Cit́y - Republic of Panamá.

3.  ANCÓN HOTELS, S.A. (hereinafter, "ANCÓN"), is a corporation incorporated in accordance with the law of the Republic of Panama and registered in the Commercial Folio number 155618993 of the Commercial Section of the Public Registry, with registered office in Panama City, Republic of Panama. Its address and contact information are: Edificio Comosa, Piso 21 - Ave. Samuel Lewis y Manuel Maria Icaza 0816-01071 - Panama City, Republic of Panama.

4.  KEYTEL, S.A. f/k/a KEYTEL GLOBAL, S.A. f/k/a HOTUSA HOTEL, S.A. (hereinafter, "KEYTEL"), is a public limited company incorporated in accordance with the law of Spain and registered in the Mercantile Registry of Madrid, Volume 37772, Folio 63, Page M-672895, with CIF A-60156502. Its address and contact details are: C/ Xaudaró, 24 – 28034 – Madrid – Spain.

5.  EUROSTARS HOTEL COMPANY, S.L. (hereinafter, "EUROSTARS") is a limited liability company incorporated in accordance with the law of Spain and registered in the Commercial Registry of Barcelona, Volume 40703, Folio 196, Page B-372183, with CIF B-64930910. Its address and contact details are: C/Mallorca, 35108013, Barcelona Spain. EUROSTARS does business in Miami-Dade County through its operation of a hotel in Miami known as "Eurostars Langford" and a hotel in Miami Beach known as "Eurostars Winter Haven".

6.  The Respondents have been represented in the arbitration proceeding that produced the arbitration award sought to be confirmed herein by: Brian C. Dunning, Damián Vallejo, Esther Romay DUNNING RIEVMAN & MACDONALD LLP 1350 Broadway, Suite 2220 New York, NY (10018), USA Email: bdunning@drdllplaw.com, dvallejo@drdllplaw.com, eromay@drdllplaw.com.

7. On July 28, 2016, RPS and ANCON entered into a Lease Agreement (the "Agreement") for ANCON to lease a hotel located in Panama City, Panama from RPS. The Agreement contained a dispute resolution clause that reads as follows:

> "18.2 Any difference or controversy arising out of the interpretation or application of this Agreement that cannot be settled amicably between the parties within thirty (30) days shall be submitted to Arbitration of law, in accordance with the rules of the ICC, in the Spanish language, in the city of Miami, Florida, United States of America."

8. This arbitration agreement as well as the arbitral award deriving therefrom arises out of a legal relationship which is considered as commercial and therefore falls under both The Inter-American Convention on International Commercial Arbitration of January 30, 1975 ("the Inter-American Convention") as per 9 U.S. Code § 304 as well as The Convention on the Recognition and Enforcement of Foreign Arbitral Awards of June 10, 1958 ("the Convention") as per 9 U.S. Code § 202.

9. On February 9, 2022, an arbitration was commenced with the International Chamber of Commerce (the "ICC") by the filing by the Petitioner of a Request for Arbitration and Arbitration Demand. A copy of the Request for Arbitration and Arbitration Demand is attached hereto as **Exhibit "A"**.

10. The ICC appointed an arbitration tribunal and administered the arbitration which resulted in the rendering on January 8, 2025 of a Final Arbitration Award. A copy of the Final Arbitration Award is attached hereto as **Exhibit "B"**.

11. On February 5, 2025, in accordance with Article 36.3 of the ICC Arbitration Rules 2021 ("ICC Rules"), and within the prescribed time limit, the Respondents requested the issuance of an additional award. A copy of the Respondents' Request for An Additional Award is attached hereto as **Exhibit "C"**.

12. On March 20, 2025, the tribunal rendered its Decision on the Request for an Additional Award and Addendum to the Award, a copy of which is attached hereto as **Exhibit "D"**.

13. The Final Arbitration Award attached as **Exhibit "B"** recommended that, upon confirmation of the Award by a court of competent jurisdiction, that Petitioner is entitled to the following relief:

- To order ANCON to pay RPS the sum of USD 1,139,032.26 as the minimum rent agreed under the Contract from October 12, 2020 to August 16, 2021;
- To order ANCON to pay RPS the sum of USD 11,778.86 for the collection of the Hotel's telephone and internet service bills prior to August 16, 2021;
- Order the Respondents to pay RPS the sum of USD 100,500 as reimbursement of the Respondents' share of the arbitration.

14. To date, the Respondents have failed to pay any of the forgoing amounts awarded to the Petitioner.

15. This Court has jurisdiction under 9 U.S. Code § 203 and 9 U.S. Code § 304.

16. Venue is proper in this Court under 9 U.S. Code § 204 and 9 U.S. Code § 302 because, a petition pursuant to 9 U.S. Code § 203 must be filed in such court for the district and division which embraces the place designated in the agreement as the place of arbitration if such place is within the United States. Here, the arbitration required the arbitration hearing to be held in Miami, Miami-Dade County and the arbitration hearing was in fact held in Miami, Miami-Dade County.

17. Petitioner has complied with all conditions precedent to the relief sought herein or such conditions have been waived or excused.

18.     This Petition is brought within one (1) year of the aforesaid entry of the Award to the Petitioner. The Award has not been vacated or modified by order of any court of competent jurisdiction and is still in full force and effect.

19.     No court of competent jurisdiction has been requested to confirm, vacate, or modify the Award upon any grounds.

20.     The Petitioner has retained the undersigned law firm to bring this action and has agreed to pay said firm a reasonable attorney's fee.

WHEREFORE, Petitioner, RPS PANAMA HOTEL, INC. seeks an Order confirming the Final Arbitration Award and to enter Final Judgment for it and against Respondents ANCON HOTELS, S.A., a Panamanian Corporation; KEYTEL, S.A., f/k/a KEYTEL GLOBAL, S.A. f/k/a HOTUSA HOTELS, S.A., a Spanish corporation; EUROSTARS HOTEL COMPANY, SL, a Spanish corporation, and to award it its post award interest and reasonable attorney's fees and costs pursuant to Section 682.15(2) Florida Statutes (2025), and for such other and further relief as the Court deems just and proper.

Respectfully submitted on this 11th day of August 2025.

By: */s/ David H. Charlip*
David H. Charlip, B.C.S.
Florida Bar No.: 329932
CHARLIP LAW GROUP, L.C.
1313 E. Robinson Street
Orlando, FL 32801
(305) 354-9313 Tel
(305) 354-9314 Fax
dcharlip@charliplawgroup.com
*Counsel for Petitioner*