**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-23595-BLOOM/Elfenbein**

RPS PANAMA HOTEL, INC.,

Petitioner,

v.

ANCON HOTELS, S.A.;
KEYTEL, S.A., f/k/a KEYTEL
GLOBAL, S.A. f/k/a HOTUSA HOTELS, S.A.;
EUROSTARS HOTEL COMPANY, SL,

Respondents.
_____________________________/

**OMNIBUS ORDER DISMISSING DEFENDANT AND TRANSFERRING TO MAGISTRATE JUDGE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On October 6, 2025, consistent with the Federal Rules of Civil Procedure, Petitioner RPS Panama Hotel, Inc. ("Peitioner") was ordered to serve all Respondents by November 10, 2025 or otherwise show good cause why it had not done so. ECF No. [5]. On November 6, 2025, Petitioner filed a Motion for Extension of Time to Serve Respondents, requesting an extension until May 31, 2026 to serve Respondents. ECF No. [10]. Magistrate Judge Elfenbein granted that Motion. ECF No. [11]. While Petitioner failed to file proof of service on the docket for any Respondent, counsel for two of the three Respondents— Eurostars Hotel Company, SL ("Eurostars") and Keytel, S.A. ("Keytel")— appeared in the case on March 5, 2026 and April 1, 2026, respectively. ECF Nos. [12], [18]. To date, Petitioner has failed to file proof of service with respect to Respondent ANCON Hotels, S.A. ("ANCON"), and ANCON has not filed a notice of appearance on the record either.

On July 5, 2026, Magistrate Judge Elfenbein ordered Petitioner to either file proof of service on ANCON or otherwise show good cause by July 10, 2026. ECF No. [23]. Judge

Elfenbein warned that failed to do so "may result in the dismissal of this case without prejudice as to ANCON and without further warning to" Petitioner. *Id.* at 4. Petitioner failed to file proof of service or show good cause. Thus, the Court will dismiss the case without prejudice as to ANCON for failure to timely serve.

Counsel for the two remaining Respondents—Eurostars and Keytel—has, in accordance with the provisions of 28 U.S.C. § 636(c), consented to have a United States Magistrate Judge conduct all further proceedings in this case, including the trial and entry of final judgment. *See* ECF No. [22-1].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE** as to Respondent ANCON only for failure to timely serve. Each party shall bear its own attorneys' fees and costs.
2. This case is **TRANSFERRED** to the Honorable Marty Fulgueira Elfenbein, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the consent of the parties. The case number, style, and docket shall reflect this consent and referral. Any scheduled hearings and any pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 13, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record